UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RANDALL C. SMITH,<br><br>                Plaintiff,<br><br>   v.<br><br>KING COUNTY PROSECUTOR'S OFFICE, et al.,<br><br>                Defendants. | Case No. C25-2549-RAJ<br><br>ORDER GRANTING IN FORMA PAUPERIS APPLICATION |

      Because Plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. However, the undersigned recommends review by the assigned District Judge under 28 U.S.C. § 1915(e)(2)(B). *See also Smith v. City of Kent*, C25-2421-TL. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

      Dated this 18th day of December, 2025.

                                                    */s/ S. Kate Vaughan*
                                                    S. KATE VAUGHAN
                                                    United States Magistrate Judge