UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RANDALL C SMITH,
                    Plaintiff,

        v.

CITY OF KENT et al.,
                    Defendants.

CASE NO. 2:25-cv-02549-TL

ORDER OF DISMISSAL

This matter is before the Court on its own motion.

Plaintiff Randall C. Smith proceeds pro se and *in forma pauperis* ("IFP") in this action. *See* Dkt. No. 4 (Order Granting Leave to Proceed IFP).

On May 8, 2026, the Court dismissed Plaintiff's First Amended Complaint without prejudice for failure to state a claim, granting Plaintiff leave to refile. The Order warned: "If Plaintiff does not file a Second Amended Complaint including all required information by June 8, 2026, the Court will dismiss this case in its entirety." *Id.* at 13.

ORDER OF DISMISSAL – 1

To date, the Court has received no amended complaint or other filing in response to its Order. Accordingly, this matter is hereby DISMISSED in its entirety without prejudice for failure to state a claim for the reasons given in the Court's previous Order. *See* Dkt. No. 15 at 9–13.

Dated this 16th day of July, 2026.

Tana Lin
United States District Judge

ORDER OF DISMISSAL – 2